IN THE UNITES STATES DISTRICT COURT
WESTERN DISTRICT OF AKANSAS
FAYETTEVILLE DIVISION

SYNETRA HUGHES
PLAINTIFF,

vs.

UNIVERSITY OF ARKANSAS,
DEFENDANT

CASE NUMBER: 5:22-CV-05155-PKH

## MOTION FOR VOLUNTARY DISMISSAL

I am writing as a pro se litigant in the above-mentioned case, seeking permission from the court to voluntarily dismiss my case without prejudice in light of my inability to secure legal representation.

As a pro se litigant, I have navigated the legal process to the best of my ability. I have made diligent efforts to obtain legal counsel to assist me in presenting my case effectively. Despite these efforts, I have been unable to secure representation due to financial constraints and the complexity of the legal issues involved. Dismissing the case without prejudice will also avoid unnecessary delay and conserve judicial resources.

I understand the court's interest in the efficient administration of justice, and I assure the court that this request is made in good faith and not for the purpose of causing undue delay or prejudice to any party.

Therefore, I respectfully request that the court grant my motion to dismiss the case without prejudice. If the court is inclined to grant this motion, I request that the order specify that the dismissal is without prejudice and without costs to either party.

Thank you for your attention to this matter, and I appreciate the court's consideration of my request.

Respectfully submitted,


Synetra Hughes

Case 5:22-cv-05155-PKH   Document 21   Filed 11/28/23   Page 2 of 2 PageID #: 441


CERTIFICATE OF SERVICE

I, Synetra Hughes, plaintiff do certify that on that 27th day of November 2023, I emailed the foregoing document to the following:

C. Joseph Cordi, Jr.
Arkansas Bar No. 91225
Associate General Counsel
University of Arkansas
416 Administration Building
Fayetteville, AR 72701
Telephone: (479) 575-5401
Email: joecordi@uark.edu

Counsel for Defendant

By: _____
Synetra Hughes
Plaintiff