UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SYNETRA HUGHES                                                                                                    PLAINTIFF

v.                                                  No. 5:22-cv-5155

UNIVERSITY OF ARKANSAS                                                                                 DEFENDANT

## ORDER

Before the Court is Plaintiff's motion (Doc. 21) to dismiss her complaint without prejudice. Federal Rule of Civil Procedure 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Defendant does not oppose this motion. *See* Doc. 22. Therefore, Plaintiff's motion will be granted.

IT IS THEREFORE ORDERED that Plaintiff's motion (Doc. 21) to dismiss is GRANTED, and Plaintiff's case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 28th day of November, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE